572

389 A.2d 195

Commonwealth v. Hedstrand, et al., Appellants.

Submitted November 14, 1977.
Joseph A. Massa, Jr., Public Defender, for appellants; Samuel F. Bonavita, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 195

Commonwealth v. Heron, Appellant.

Argued September 13, 1977. John Rogers Carroll, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.